UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION<br><br>    Plaintiff<br><br>        v.<br><br>KIOMARA CRUZ VEGA<br><br>    Defendant | Civil No.<br><br><br><br><br>Re:<br>    Collection of Monies |

# COMPLAINT

TO THE HONORABLE COURT:

    COMES NOW the United States of Small Business Administration (SBA), through the undersigned attorney, who respectfully alleges and prays:

1. Jurisdiction of this action is conferred on this Court by Section 5(b)(1) of the Small Business Act, 15 U.S.C. Sec. 634(b)(1), which confers the authority to SBA to sue in any United States District Court without regard of the amount in controversy.

2. On February 12, 2018, the defendant subscribed a promissory note for $16,200.00, with annual interest of 1.750. *Exhibit 1*.

3. Later, on February 27, 2018, the defendant also subscribed a "Loan Authorization and Agreement", as part of the above-mentioned transaction. *Exhibit 2*.

4. The defendant failed to comply with the terms of the loan, including its monthly payments. Thus, the SBA declared the indebtedness due and payable with the following amounts, valid through February 20, 2024 (*Exhibit 3*):

        -Principal:                 $14,403.94
        -Interest:                  $316.99
        -Administrative Fees:    $5,311.68
                                       _____
              Total:              **$20,032.61**

5. The indebtedness will continue increasing until its payment in full.

6. The defendant is not currently active in the military service for the United States, as evidenced by the attached Status Report Pursuant to the Servicemembers Civil Relief Act (SCRA).

## VERIFICATION

I, Ashleigh Edmonds, of legal age, in my capacity of Financial Program Specialist of the U.S. Department of the Treasury, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I read and signed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendant is a necessary and legitimate party to this action in view of the fact that they originated or assumed the obligation subject of this complaint;

5) From the information available to me and based upon the documents in the Department of the Treasury, it appears that defendant has not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Department of the Treasury;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In Washington DC, USA, this 17th day of June 2024.

/s/ Ashleigh Edmonds

Ashleigh Edmonds
Financial Program Specialist
Bureau of the Fiscal Service
U.S. Department of the Treasury

WHEREFORE, the plaintiff demands judgment, ordering the defendant party to pay unto Plaintiff the amounts claimed in this complaint, plus costs and attorney fees.

In San Juan, Puerto Rico, this 18th day of June 2024.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
SAN JUAN, PR 00970
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

Jvm/1521.435